B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>319-321 Jefferson Street, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>80-0466972 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>321 S. Jefferson St., 3rd Floor<br>Chicago, IL<br>ZIP Code: 60661 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | 319-321 Jefferson Street, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | 319-321 Jefferson Street, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Robert W. Glantz
Signature of Attorney for Debtor(s)

Robert W. Glantz 6201207
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

October 26, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Thomas V. Economou
Signature of Authorized Individual

Thomas V. Economou
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

October 26, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## 319-321 JEFFERSON STREET, LLC

### WRITTEN CONSENT OF THE MEMBERS

The undersigned the Members of 319-321 Jefferson Street, LLC, an Illinois limited liability company (the "Company"), hereby consents in writing to the adoption of the following resolutions by written consent in lieu of a meeting pursuant to applicable law:

WHEREAS, the Company is managed by members (the "Members") who have the authority to act on behalf of the Company pursuant to the Operating Agreement of 319-321 Jefferson Street, LLC.

WHEREAS, the Members have considered the current financial and operational aspects of the Company's business;

WHEREAS, the Members have considered the various options available to the Company in light of its current and anticipated future financial and operational status; and

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code");

RESOLVED, that the officers of the Company be, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine and in such form or forms as such the officer may approve;

RESOLVED, that, upon prior approval of the Members, the officers of the Company be, and each of them is, hereby authorized on behalf of, and in the name of, the Company to execute any and all disclosure statements and plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine;

RESOLVED, that the firm of Shaw Fishman Glantz & Towbin LLC hereby is employed as attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for

{9999 RESO A0331759.DOC}

relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to borrow, and borrowing, amounts under a post-petition financing facility, and granting liens, guarantees, pledges, mortgages and/or other security therefore;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization or liquidation, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof;

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Members and/or the officers, such actions are hereby ratified and confirmed in their entirety; and

RESOLVED, the Company commits to hold harmless and indemnify the Members and officers to the fullest extent available under applicable law.

IN WITNESS WHEREOF, I have hereunto set my hand this 26 day of October, 2012.

_____
Thomas V. Economou, Member

_____
Carol K. Economou, Member

{99999 RESO A0331759.DOC}                            2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  319-321 Jefferson Street, LLC                           Case No.
                                              Debtor(s)        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Luana Chilelli<br>718 Northview Cir.<br>Salt Lake City, UT 84103 | Luana Chilelli<br>718 Northview Cir.<br>Salt Lake City, UT 84103 | Loan | | 149,999.64 |
| Caste Contract, LLC<br>PO Box 2953<br>Chicago, IL 60654 | Caste Contract, LLC<br>PO Box 2953<br>Chicago, IL 60654 | Services | | 74,100.00 |
| ML Painting<br>380 Duller Rd<br>Des Plaines, IL 60016 | ML Painting<br>380 Duller Rd<br>Des Plaines, IL 60016 | Services | | 73,450.00 |
| Brad Rowley<br>321 S. Jefferson St., 4th Fl.<br>Chicago, IL 60661 | Brad Rowley<br>321 S. Jefferson St., 4th Fl.<br>Chicago, IL 60661 | Services | | 53,473.66 |
| Dramias, Harrington & Wilson, LLC<br>Attn: Keith W. Harrington<br>77 W. Washington #1020<br>Chicago, IL 60602 | Dramias, Harrington & Wilson, LLC<br>Attn: Keith W. Harrington<br>77 W. Washington #1020<br>Chicago, IL 60602 | Legal Services | | 13,900.00 |
| James G. Dades & Co., Ltd<br>8401 Crawford Ave.<br>Suite 201<br>Skokie, IL 60076 | James G. Dades & Co., Ltd<br>8401 Crawford Ave. #201<br>Skokie, IL 60076 | Accounting Services | | 7,500.00 |
| Allied Waste Management<br>PO Box 9001154<br>Louisville, KY 40290-1154 | Allied Waste Management<br>PO Box 9001154<br>Louisville, KY 40290-1154 | Trash removal | | Unknown |
| City of Chicago<br>30 N. LaSalle St.<br>Suite 700<br>Chicago, IL 60602 | City of Chicago<br>30 N. LaSalle St. #700<br>Chicago, IL 60602 | Code Violations | | Unknown |
| City of Chicago Dept of Water<br>PO Box 6330<br>Chicago, IL 60680-6330 | City of Chicago Dept of Water<br>PO Box 6330<br>Chicago, IL 60680-6330 | Water service | | Unknown |
| ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | Electric service | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  319-321 Jefferson Street, LLC  
                     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Department of Revenue<br>Bankrupcty Section<br>PO BOx 64338<br>Chicago, IL 60644-0338 | Illinois Department of Revenue<br>Bankrupcty Section<br>PO Box 64338<br>Chicago, IL 60644-0338 | Notice purposes only | | Unknown |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Notice purposes only | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 26, 2012            Signature  /s/ Thomas V. Economou  
                                                                 Thomas V. Economou  
                                                                 Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   319-321 Jefferson Street, LLC             Case No.
                                           Debtor(s)           Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      21

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    October 26, 2012               /s/ Thomas V. Economou
                                                   Thomas V. Economou/Manager
                                                   Signer/Title

Allied Waste Management
PO Box 9001154
Louisville, KY 40290-1154


Amcore Bank
1210 S. Alpine Rd.
Rockford, IL 61108


Bayview Loan Servicing
4425 Ponce De Leon Blvd.
5th Floor
Miami, FL 33146


Brad Rowley
321 S. Jefferson St., 4th Fl.
Chicago, IL 60661


Caste Contract, LLC
PO Box 2953
Chicago, IL 60654


City of Chicago
30 N. LaSalle St.
Suite 700
Chicago, IL 60602


City of Chicago Dept of Water
PO Box 6330
Chicago, IL 60680-6330


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Cook County Collector
PO Box 805436
Chicago, IL 60680-4116


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602

```
David C. Kluever/Katherine M. Donat
Kluever & Platt, LLC
65 E. Wacker Pl. #2300
Chicago, IL 60601


Dramias, Harrington & Wilson, LLC
Attn: Keith W. Harrington
77 W. Washington #1020
Chicago, IL 60602


Economou Partners
321 S. Jefferson St, 3rd Floor
Chicago, IL 60611


EP Architects, Inc
321 S. Jefferson St, 3rd Floor
Chicago, IL 60661


Harris Bank, N.A.
111 West Monroe St
Chicago, IL 60603


Illinois Department of Revenue
Bankrupcty Section
PO BOx 64338
Chicago, IL 60644-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James G. Dades & Co., Ltd
8401 Crawford Ave.
Suite 201
Skokie, IL 60076


Luana Chilelli
718 Northview Cir.
Salt Lake City, UT 84103


ML Painting
380 Duller Rd
Des Plaines, IL 60016
```

```
Thomas V. Economou
321 S. Jefferson St., 4th Floor
Chicago, IL 60661
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   319-321 Jefferson Street, LLC                                    Case No.
                                      Debtor(s)                          Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   319-321 Jefferson Street, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| October 26, 2012 | /s/ Robert W. Glantz |
| Date | Robert W. Glantz 6201207 |
| | Signature of Attorney or Litigant |
| | Counsel for   319-321 Jefferson Street, LLC |
| | Shaw Fishman Glantz & Towbin LLC |
| | 321 N. Clark Street |
| | Suite 800 |
| | Chicago, IL 60654 |
| | 312-541-0151 Fax:312-980-3888 |