UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) <br> 319-321 Jefferson Street, LLC ) <br> ) <br> ) <br> ) <br> ) <br> Debtor(s) ) | BK No.: 12-42529 <br><br> Chapter: 11 <br><br> Honorable Jack Schmetterer |

**ORDER ON THE SECOND AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF**

THIS MATTER having been presented upon the Second and Final Application of Shaw Fishman Glantz & Towbin LLC, as Counsel for the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief (the "Application") (capitalized terms not defined herein shall have the meaning ascribed to them in the Application); due and proper notice of the Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Application; the Court having reviewed the Application, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that:

1. The Application is approved.

2. Notice of the Application is sufficient and no further notice is required;

3. Shaw Fishman is allowed $17,690.50 in final compensation for the Application Period;

4. Shaw Fishman is allowed $173.81 in final expense reimbursement for the Application Period;

5. In addition to the fees and expenses awarded on a final basis for the Application Period, the fees in the amount of $99,972.00 and expenses in the amount of $1,216.83 that this Court allowed on an interim basis pursuant to the Interim Compensation Order are hereby reaffirmed and awarded on a final basis; and

6. The Debtor is authorized and directed to pay Shaw Fishman the Final Compensation Request, the Final Expense Reimbursement, and the Unpaid Interim Fees and Expenses.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  April 10, 2014

**Prepared by:**

Robert W. Glantz (#6201207)
Allen J. Guon (#6244526)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
Phone: (312) 541-0151
Fax: (312) 980-3888