UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-42529 |
| 319-321 Jefferson Street, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

    Upon consideration of the motion (the "Motion," and all undefined terms herein having the meanings set forth in the Motion) of 319-321 Jefferson Street, LLC, the Reorganized Debtor established by the Debtor 319-321 Jefferson Street, LLC's Second Amended Plan of Reorganization (the "Plan"), for entry of a final decree closing the above-captioned bankruptcy case; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

  1. The Motion is granted.

  2. A Final Decree is hereby entered, and the case captioned In re 319-321 Jefferson Street, LLC, Case No. 12-42529, pending in the United States Bankruptcy Court for the Northern District of Illinois, is hereby closed.

  3. Debtor shall pay the U.S. Trustee any fees owed pursuant to 28 U.S.C. §1930 and the Court retains jurisdiction to enforce collection of same.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  May 30, 2014

**Prepared by:**

Allen J. Guon (#6244526)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone